WALTER C. ROEHL, an Infant, by HELEN ROEHL, His Guardian ad Litem, et al., Respondents, v. THOMAS H. WHELPLEY et al., Appellants, Impleaded with

Others.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.